

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY<br>INSURANCE COMPANY, a New Hampshire<br>corporation, | 11-CV-6196-TC |
| Plaintiff, | FINDINGS and RECOMMENDATION |
| v. | |
| HAROLD PRIMROSE EXCAVATING, LLC,<br>an Oregon limited liability company,<br>HAROLD PRIMROSE, individually, | |
| Defendants. | |

COFFIN, Magistrate Judge:

A default judgment has been entered against defendants in this action in the amount of $908,072.42. (#15).

Presently before the court is plaintiff's motion for attorney fees and plaintiff's bill of costs. Defendants have not filed an opposition.

Plaintiff has demonstrated that it is entitled to fees and costs and the amounts requested are reasonable. As such, plaintiff's motion for fees and plaintiff's bill of costs should be allowed.

Page 1 - FINDINGS and RECOMMENDATION

## CONCLUSION

Plaintiff's motion (#16) for attorney fees and bill of costs (#19) should be allowed. Plaintiff should be awarded $11,336 in attorney fees and $470 in costs. Such amounts should be deemed included in the judgment (#15) in favor of plaintiff and against defendants.

DATED this 15t day of March, 2012.

_____
THOMAS M. COFFIN
United States Magistrate Judge

## CONCLUSION

Plaintiff's motion (#16) for attorney fees and bill of costs (#19) should be allowed. Plaintiff should be awarded $11,336 in attorney fees and $470 in costs. Such amounts should be deemed included in the judgment (#15) in favor of plaintiff and against defendants.

DATED this 15t day of March, 2012.

_____
THOMAS M. COFFIN
United States Magistrate Judge
Page 2 - FINDINGS and RECOMMENDATION