IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, a New )
Hampshire corporation, )
                              )
        Plaintiff, )
                              ) 6: 11-cv-6196-TC
   v. )
                              ) ORDER
HAROLD PRIMROSE EXCAVATION, LLC)
an Oregon limited liability )
company; HAROLD PRIMROSE, )
individually, )
                              )
       Defendants. )
                              )

    Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on March 15, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).

1   - ORDER

See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's motion for attorney fees (#16) and bill of costs (#19) are allowed. Plaintiff is awarded $11,336 in attorney fees and $470 in costs. Such amounts are deemed included in the judgment (#15) in favor of plaintiff and against defendants.

DATED this 23rd day of April, 2012.

_____
Michael R. Hogan
United States District Judge

2   - ORDER